# United States Court of Appeals
## For the Eighth Circuit

_____

No. 20-1114
_____

Glicenia C. Logan,

*Plaintiff - Appellant*,

v.

Chris Waters, Arkansas State Police; Shellpoint/Countrywide/Bank of America, Trustee/Home Loan Serv/Banking and Loans; Senior Corporal Michael Springer, Supervisor/Investigating Officer; Joyce Bradley Babin, Chapter 13 Standing/Case Worker Trustee; Natasha Graf, Chapter 13 Standing/Case Worker Trustee; Chief Judge Ben T. Barry, United States Bankruptcy Court; John M. Rainwater, Lawyers/Attorney; Brian Light, Lawyers/Attorney; Allison Houston, State Prosecutor's Office Greenwood/Fort Smith Prosecutor's Office; Judge J. Michael Fitzhugh, Judge District Court of Greenwood; Nationstar Mortgage, LLC; Cooper Morthage, Mr. Cooper Mortgage Corp; Dana Byrum, District IV Manager for State of Arkansas; Nissan Motor Acceptance Corp; Farm Credit Services of Western Arkansas, Andrea Leding Regional Vice President; Latisha Meadows, DHS Administrative Review Officer,

*Defendants - Appellees*.
_____

Appeal from United States District Court
for the Western District of Arkansas - Ft. Smith
_____

Submitted: October 30, 2020
Filed: November 4, 2020
[Unpublished]
_____

Before COLLOTON, KELLY, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Glicenia Logan appeals the district court's[1] dismissal of her civil action under Federal Rule of Civil Procedure 12(b)(6). After de novo review, we conclude that the district court did not err in dismissing the case. Accordingly, we affirm for the reasons stated by the district court, *see* 8th Cir. R. 47B, and we deny the pending appellate motion.

_____

[1]The Honorable P.K. Holmes, III, United States District Judge for the Western District of Arkansas.